**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6392**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHRISTOPHER SMITH,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:20-cr-00093-FL-1)

Submitted:  November 8, 2024                     Decided:  December 31, 2024

Before WYNN, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Smith, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Smith appeals the district court's amended order granting his motions for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i), 18 U.S.C. § 3582(c)(2), and Amendment 821 to the Sentencing Guidelines.  By its amended order, the district court reduced Smith's sentence from 121 months' imprisonment to 108 months' imprisonment. We have reviewed the record and discern no reversible error in the amended order.  *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (explaining standard of review for ruling on § 3582(c)(1)(A)(i) motion); *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013) (explaining standard of review for ruling on § 3582(c)(2) motion).  Accordingly, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*